# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| **Rahkeem Lee McDonald,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:21-cv-00309-MOC |
| | ) | 3:14-cr-00229-MOC-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 11, 2021 Order.

August 11, 2021

*Frank G. John*

Frank G. Johns, Clerk
United States District Court